IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* STEVEN TURCK, *et al.*, | § § § | |
| Plaintiffs, | § § | Civil Action No. 4:19-CV-00315-ALM |
| v. | § § § § § | |
| WALGREENS BOOTS ALLIANCE, INC. and WALGREENS CO., | § § § § | |
| Defendants. | § | |

**ORDER**

Upon consideration of the United States of America's and Relator's Joint Notice of Partial Dismissal (Dkt. #42), and pursuant to the terms of the August 30, 2024 Settlement Agreement (the "Federal Settlement Agreement") referenced therein among the United States, Relator Steven Turck ("Relator"), and Defendants Walgreens Boots Alliance, Inc. and Walgreen Co. (collectively, "Defendants" or "Walgreens"), it is hereby:

**ORDERED** that,

1. As to the United States, and consistent with and subject to the terms of the Federal Settlement Agreement, the claims asserted in the action against Defendants that are included within the Covered Conduct, as described in the Joint Notice of Partial Dismissal and identified in Paragraph H of the Federal Settlement Agreement, are dismissed with prejudice, and any other claims against Walgreens are dismissed without prejudice;

2. As to Relator, and consistent with and subject to the terms of the Federal Settlement Agreement, the claims asserted in the action against Defendants that are included within the Covered Conduct, as described in the Joint Notice of Partial Dismissal and identified in Paragraph H of the Federal Settlement Agreement, are dismissed with prejudice, and any other claims against Walgreens on behalf of the State Plaintiffs[1] under their respective state false claims acts or on behalf of the California Department of Insurance ("CDI") under the California Insurance Frauds Prevention Act, Cal. Ins. Code §§ 1871 *et seq.*, are not dismissed at this time;

3. Consistent with the terms of the Federal Settlement Agreement, the Court will retain jurisdiction over any disputes that may arise regarding compliance with such terms, including any disputes that may arise relating to Relator's reasonable expenses, attorney's fees, and costs, pursuant to 31 U.S.C. § 3730(d), and to the enforce the terms and conditions of the Federal Settlement Agreement, to the extent necessary; and

4. This Order does not affect any claims by the State Plaintiffs or the CDI, which the parties anticipate will be the subject of separate settlement agreements and stipulations of dismissal to be filed in the future.

**IT IS SO ORDERED.**

**SIGNED this 13th day of September, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

---

[1] The "State Plaintiffs" are California, Colorado, Connecticut, Delaware, the District of Columbia, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, Washington, and Wisconsin.